**Appeal Dismissed and Memorandum Opinion filed August 18, 2020.**



In The

## Fourteenth Court of Appeals

### NO. 14-20-00403-CV

### RISHON PATRICK KIMBER, Appellant

### V.

### OEL ENERGY, LLC; CCV STRATEGY, LLC; WALKER BAUS; AND ELLKER CAPITAL, LLC, Appellees

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-87178**

### MEMORANDUM OPINION

This appeal is from a summary judgment signed February 11, 2020. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed this court that appellant did not make arrangements to pay for the record.

On June 12, 2020, notification was transmitted to all parties of this court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On July 23, 2020, appellant was ordered to provide this court with proof of payment for the record on or before August 3, 2020. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Spain.